ACCEPTED
14-13-01052-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/30/2015 11:35:56 AM
CHRISTOPHER PRINI
CLERK

No. 14-13-01052-CV

In the Fourteenth Court of Appeals, Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 11:35:56 AM
CHRISTOPHER A. PRINE
Clerk

BARRY S. NUSSBAUM, I-10 BNC OFFICE BUILDING,
L.P. D/B/A I-10 OFFICE BUILDING, I-10 BNC, L.P., BNC SOUTH LOOP
ASSOCIATES, L.P., BNC HOUSTON SOUTH LOOP, L.P.
AND BNC INVESTMENTS, L.L.C., Appellants

v.

CITY NATIONAL BANK, Appellee

From the 129th District Court, Harris County, TX; Cause No. 2012-57161

## APPELLEE CITY NATIONAL BANK
### NOTA BENE

Appellee City National Bank asks the Court to take notice of the January 30, 2015 order[1] of the Texas Supreme Court denying appellant Barry S. Nussbaum's petition for review of *Nussbaum v. OneWest Bank, FSB*, 05-13-00081-CV, 2014 WL 2151996, at *1 (Tex. App.—Dallas May 21, 2014) pet. denied, a case involving issues similar to those of the appellant/guarantor in this case.

---

[1] http://www.txcourts.gov/supreme/orders-opinions/january-30,-2015.aspx (Supreme Court Case No.14-0648).

20100218.20120527/2082091.1

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By: /s/ Michael D. Conner
    Michael D. Conner
    State Bar No. 04688650
    mconner@hirschwest.com
    Eric Lipper
    State Bar No. 12399000
    elipper@hirschwest.com
    Aaron E. Homer
    State Bar No. 24057908
    ahomer@hirschwest.com
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 220-5181
    Facsimile: (713) 223-9319

ATTORNEYS FOR APPELLEE
CITY NATIONAL BANK

2

## CERTIFICATE OF COMPLIANCE

I do hereby certify that the relevant document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Goudy Old Style font.

/s/ Michael D. Conner
Michael D. Conner

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2015, a true and correct copy of the foregoing was served as follows:

Paul A. Pilibosian
5847 San Felipe, Suite 2200
Houston, Texas 77057
(713)977-8686 Telephone
(713)977-5395 Facsimile
pilibosian@hooverslovacek.com
ATTORNEYS FOR APPELLANTS

/s/ Michael D. Conner
Michael D. Conner

3